Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.:  15–13558–VFP
                    Chapter:  13
                    Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Maria Jose Ordonez
  72 Delaware Avenue
  Dumont, NJ 07628–2408

Social Security No.:
  xxx–xx–0765

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 2, 2016.

On 12/13/2016 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:           January 19, 2017
Time:           10:00 AM
Location:       Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 21, 2016
JJW: rh

                                                    James J. Waldron
                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-13558-VFP
Maria Jose Ordonez                                                      Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin               Page 1 of 2           Date Rcvd: Dec 21, 2016
                              Form ID: 185              Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2016.
db            Maria Jose Ordonez,    72 Delaware Avenue,    Dumont, NJ 07628-2408
cr           +The Bank of New York Mellon,    Robertson, Anschutz, & Schneid, P.L.,
               6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
515355853    +American Express,    Po Box 3001,   16 General Warren Blvd,    Malvern, PA 19355-1245
515355854    +BAC Home Loans Servicing,    450 American Street,    Simi Valley, CA 93065-6285
515612656     Bayview Loan Servicing, LLC,    PO Box 331409,    Miami, FL 33233-1409
515355860   ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court: Citibank Usa,     Citicorp Credit Services/Attn:Centralize,
               Po Box 20507,    Kansas City, MO 64195)
515355855    +Cap One,    Po Box 30253,   Salt Lake City, UT 84130-0253
515355856    +Chase,    Po Box 15298,   Wilmington, DE 19850-5298
515355861    +Comenity Bank/New York & Company,    Attention: Bankruptcy,    P.O. Box 182686,
               Columbus, OH 43218-2686
515355862    +Comenity Bank/vctrssec,    220 W Schrock Rd,    Westerville, OH 43081-2873
515355866   ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
             (address filed with court: Ford Motor Credit Corporation,     Ford Motor Credit,    Po Box 6275,
               Dearborn, MI 48121)
515355867    +Fuster Law,    1 Meadowlands Plaza,   Suite 200,    East Rutherford, NJ 07073-2152
515960495    +Merino Law, P.C.,    1 Meadowlands Plaza,    Suite 200,    East Rutherford, NJ 07073-2152
515355877    +Powers Kirn, LLC,    728 Marne Highway,   Suite 200,    Docket No.: F-012194-14,
               Moorestown, NJ 08057-3128
515355878    +Superior Court of New Jersey,    Bergen County Justice Center,    10 Main St.,
               Docket No.: F-012194-14,    Hackensack, NJ 07601-7042
515355881    +Target N.b.,    Po Box 673,   Minneapolis, MN 55440-0673
515355882    +Td Bank Usa/targetcred,    Po Box 673,   Minneapolis, MN 55440-0673
515355883    +The Limited/WFNNB,    Wfnnb/Attn: Bankruptcy,   Po Box 182686,    Columbus, OH 43218-2686

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Dec 21 2016 23:05:45     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 21 2016 23:05:42     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
515612659    +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 21 2016 23:06:20
               Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd.,   Coral Gables, FL 33146-1837
515460351    +E-mail/Text: bncmail@w-legal.com Dec 21 2016 23:05:57     CANDICA, LLC,
               C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
515355859    +E-mail/Text: bk.notifications@jpmchase.com Dec 21 2016 23:05:26     Chase Auto,
               Attn:National Bankruptcy Dept,    Po Box 29505,   Phoenix, AZ 85038-9505
515355863    +E-mail/Text: creditonebknotifications@resurgent.com Dec 21 2016 23:04:50     Credit One Bank,
               Po Box 98873,   Las Vegas, NV 89193-8873
515355864    +E-mail/Text: mrdiscen@discover.com Dec 21 2016 23:04:43     Discover Fin Svcs Llc,
               Po Box 15316,   Wilmington, DE 19850-5316
515355868    +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2016 23:07:15     GECRB/ Old Navy,
               Attention: GEMB,   Po Box 103104,   Roswell, GA 30076-9104
515355870    +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2016 23:07:32     GECRB/Banana Republic,
               Attn: Bankruptcy,    Po Box 103104,   Roswell, GA 30076-9104
515494992    +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2016 23:07:50     Green Tree Servicing LLC,
               7340 S. Kyrene Rd,    Recovery Dept T120,    Tempe, AZ 85283-4573
515355871    +E-mail/Text: bankruptcy.bnc@ditech.com Dec 21 2016 23:05:20     Green Tree Servicing, LLC,
               345 St Peter Street,   Saint Paul, MN 55102-1213
515549671     E-mail/PDF: resurgentbknotifications@resurgent.com Dec 21 2016 23:07:39
               LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
               Resurgent Capital Services,   PO Box 10587,    Greenville, SC 29603-0587
515460289    +E-mail/Text: bncmail@w-legal.com Dec 21 2016 23:05:57     OAK HARBOR CAPITAL III, LLC,
               C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
515355872     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2016 23:22:57
               Portfolio Recovery,   Attn: Bankruptcy,    Po Box 41067,   Norfolk, VA 23541
515606659     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2016 23:07:56
               Portfolio Recovery Associates, LLC,    c/o CAPITAL ONE, N.A.,   POB 41067,   Norfolk VA 23541
515607522     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2016 23:07:25
               Portfolio Recovery Associates, LLC,    c/o Chase Bank Usa, N.a.,   POB 41067,
               Norfolk VA 23541
515607103     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2016 23:22:51
               Portfolio Recovery Associates, LLC,    c/o Home Source,   POB 41067,   Norfolk VA 23541
515607101     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2016 23:07:56
               Portfolio Recovery Associates, LLC,    c/o Pc Richards,   POB 41067,   Norfolk VA 23541
515607149     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2016 23:22:51
               Portfolio Recovery Associates, LLC,    c/o THE HOME DEPOT,   POB 41067,   Norfolk VA 23541
516357106     E-mail/Text: bkdepartment@rtresolutions.com Dec 21 2016 23:06:00
               Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
               Dallas, Texas 75247-4029

```
District/off: 0312-2          User: admin              Page 2 of 2                    Date Rcvd: Dec 21, 2016
                              Form ID: 185             Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516357107         E-mail/Text: bkdepartment@rtresolutions.com Dec 21 2016 23:06:00
                   Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                   Dallas, Texas 75247-4029,    Real Time Resolutions, Inc.,
                   1349 Empire Central Drive, Suite #150,    Dallas, Texas 75247-4029
515355879        +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2016 23:07:50      Syncb/gap,    Po Box 965005,
                   Orlando, FL 32896-5005
515355880        +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2016 23:07:15      Syncb/pc Richard,    Po Box 965036,
                   Orlando, FL 32896-5036
                                                                                              TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515355858*       +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
515355857*       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
515355865*       +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
515355869*       +GECRB/ Old Navy,    Attention: GEMB,    Po Box 103104,    Roswell, GA 30076-9104
515355873*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court: Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,
                   Norfolk, VA 23541)
515355874*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court: Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,
                   Norfolk, VA 23541)
515355875*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court: Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,
                   Norfolk, VA 23541)
515355876*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court: Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,
                   Norfolk, VA 23541)
516359680*        Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                   Dallas, Texas 75247-4029
516359681*        Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                   Dallas, Texas 75247-4029,    Real Time Resolutions, Inc.,
                   1349 Empire Central Drive, Suite #150,    Dallas, Texas 75247-4029
                                                                                   TOTALS: 0, * 10, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2016                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2016 at the address(es) listed below:
```
              Javier L. Merino     on behalf of Debtor Maria Jose Ordonez jmerino@merinolaw.com,
               notices@dannlaw.com;sarah@dannlaw.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Miriam Rosenblatt     on behalf of Creditor    The Bank of New York Mellon mrosenblatt@rasflaw.com
              William M. E. Powers, III    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
              William M.E. Powers     on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 7
```