PRO SE
,

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2017**
Chapter 13 Case # 15-13558

Re:   MARIA JOSE ORDONEZ                              Atty:   PRO SE
      72 DELAWARE AVENUE                                      ,
      DUMONT, NJ 07628-2408

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $31,421.90**

## RECEIPTS AS OF 12/31/2017    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/04/2015 | $406.06 | 22565303381 | 03/04/2015 | $1,000.00 | 22565303370 |
| 04/02/2015 | $1,000.00 | 22565311121 | 04/02/2015 | $406.06 | 22565311143 |
| 05/04/2015 | $406.06 | 22565313281 | 05/04/2015 | $1,000.00 | 22565313270 |
| 06/01/2015 | $406.06 | 22565317781 | 06/01/2015 | $1,000.00 | 22565317770 |
| 06/30/2015 | $1,000.00 | 22565324575 | 06/30/2015 | $475.41 | 22565324586 |
| 08/04/2015 | $1,000.00 | 23009403407 | 08/04/2015 | $475.41 | 23009403396 |
| 09/02/2015 | $475.41 | 23009408706 | 09/02/2015 | $1,000.00 | 23009408695 |
| 09/30/2015 | $475.41 | 23009415568 | 09/30/2015 | $1,000.00 | 23009415570 |
| 11/03/2015 | $1,000.00 | 23009418202 | 11/03/2015 | $475.41 | 23009418213 |
| 12/07/2015 | $1,000.00 | 23009427865 | 12/07/2015 | $475.41 | 23009427876 |
| 01/06/2016 | $1,000.00 | 23009430148 | 01/06/2016 | $475.41 | 23009430150 |
| 02/05/2016 | $204.00 | 21650948965 | 02/29/2016 | $204.00 | 23009439723 |
| 03/29/2016 | $204.00 | 23009449050 | 04/27/2016 | $204.00 | 23009448767 |
| 05/31/2016 | $204.00 | 23028357047 | 05/31/2016 | $1,000.00 | 23028357060 |
| 05/31/2016 | $1,000.00 | 23028357071 | 05/31/2016 | $1,000.00 | 23028357082 |
| 05/31/2016 | $1,000.00 | 23028357058 | 05/31/2016 | $934.00 | 23028357148 |
| 06/28/2016 | $204.00 | 23028362640 | 08/02/2016 | $204.00 | 23897102501 |
| 08/26/2016 | $204.00 | 23897103783 | 09/27/2016 | $204.00 | 23897108428 |
| 10/28/2016 | $204.00 | 23897114864 | 01/04/2017 | $271.55 | 23897123998 |
| 01/31/2017 | $271.55 | 23897126676 | 02/22/2017 | $271.55 | 23897137781 |
| 03/27/2017 | $271.55 | 23897141785 | 04/26/2017 | $694.00 | 23897136982 |
| 04/26/2017 | $1,000.00 | 23897136960 | 04/26/2017 | $1,000.00 | 23897136971 |
| 04/26/2017 | $1,000.00 | 23897136958 | 04/26/2017 | $1,000.00 | 23897136947 |
| 04/26/2017 | $271.55 | 23897136936 | 05/26/2017 | $204.00 | 1513558-23897121401 |
| 05/30/2017 | $271.55 | 24520851955 | 06/27/2017 | $271.55 | 24520857895 |
| 07/26/2017 | $271.55 | 24520860797 | 08/29/2017 | $271.55 | 24520860900 |
| 09/26/2017 | $271.55 | 24520877864 | 10/31/2017 | $271.55 | 24520876931 |
| 11/29/2017 | $271.55 | 24520882364 | 12/29/2017 | $271.55 | 24520892040 |

**Total Receipts: $31,354.26 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $31,354.26**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2017    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|

**Chapter 13 Case # 15-13558**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| BAYVIEW LOAN SERVICING LLC | | | | | | | |
| | 09/14/2015 | $4,211.25 | 739,767 | | 10/19/2015 | $2,999.34 | 741,980 |
| | 11/16/2015 | $1,419.34 | 744,096 | | 12/17/2015 | $1,394.26 | 746,058 |
| | 01/19/2016 | $1,394.26 | 748,140 | | 02/16/2016 | $1,394.26 | 750,191 |
| | 03/21/2016 | $192.78 | 752,165 | | 04/18/2016 | $192.78 | 754,242 |
| | 05/13/2016 | $192.78 | 756,256 | | 06/20/2016 | $192.78 | 758,154 |
| | 07/18/2016 | $4,855.41 | 760,241 | | 08/15/2016 | $192.78 | 762,144 |
| | 09/19/2016 | $192.78 | 764,125 | | | | |
| CANDICA LLC | | | | | | | |
| | 02/21/2017 | $49.01 | 773,830 | | 05/15/2017 | $6.96 | 779,478 |
| | 06/19/2017 | $46.44 | 781,453 | | 09/25/2017 | $6.95 | 787,179 |
| | 12/18/2017 | $7.06 | 792,722 | | | | |
| LVNV FUNDING LLC | | | | | | | |
| | 02/21/2017 | $7.74 | 774,269 | | 06/19/2017 | $8.44 | 781,862 |
| OAK HARBOR CAPITAL III LLC | | | | | | | |
| | 02/21/2017 | $19.01 | 774,458 | | 06/19/2017 | $20.70 | 782,035 |
| | 12/18/2017 | $5.43 | 793,188 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 02/21/2017 | $53.99 | 774,542 | | 02/21/2017 | $97.00 | 774,542 |
| | 02/21/2017 | $49.79 | 774,542 | | 02/21/2017 | $45.77 | 774,542 |
| | 02/21/2017 | $33.26 | 774,542 | | 04/14/2017 | $5.10 | 778,230 |
| | 04/14/2017 | $9.18 | 778,230 | | 05/15/2017 | $7.06 | 780,118 |
| | 05/15/2017 | $6.49 | 780,118 | | 06/19/2017 | $36.23 | 782,115 |
| | 06/19/2017 | $53.71 | 782,115 | | 06/19/2017 | $96.49 | 782,115 |
| | 06/19/2017 | $47.18 | 782,115 | | 06/19/2017 | $43.38 | 782,115 |
| | 08/14/2017 | $5.11 | 785,854 | | 08/14/2017 | $9.19 | 785,854 |
| | 09/25/2017 | $7.06 | 787,795 | | 09/25/2017 | $6.49 | 787,795 |
| | 10/16/2017 | $5.21 | 789,577 | | 10/16/2017 | $9.36 | 789,577 |
| | 10/16/2017 | $6.36 | 789,577 | | 12/18/2017 | $5.11 | 793,256 |
| | 12/18/2017 | $9.18 | 793,256 | | 12/18/2017 | $7.16 | 793,256 |
| | 12/18/2017 | $6.58 | 793,256 | | | | |
| REAL TIME SOLUTIONS INC. | | | | | | | |
| | 02/21/2017 | $5,047.79 | 774,601 | | 03/13/2017 | $238.72 | 776,442 |
| | 04/14/2017 | $238.71 | 778,292 | | 05/15/2017 | $238.70 | 780,180 |
| | 06/19/2017 | $4,783.18 | 782,179 | | 07/17/2017 | $238.71 | 784,113 |
| | 08/14/2017 | $238.70 | 785,913 | | 09/25/2017 | $238.73 | 787,853 |
| | 10/16/2017 | $248.61 | 789,628 | | 11/20/2017 | $238.71 | 791,399 |
| | 12/18/2017 | $238.71 | 793,309 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,579.22 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,680.22 | 100.00% | 3,680.22 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | BAYVIEW LOAN SERVICING | MORTGAGE ARRE | 13,005.49 | 100.00% | 13,005.49 | |
| 0003 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 632.48 | * | 75.85 | |
| 0004 | CHASE | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CHASE | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | CHASE AUTO | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | CITIBANK USA | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | COMENITY BANK/NEW YORK & COMPAN | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | COMENITY BANK/VCTRSSEC | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | LVNV FUNDING LLC | UNSECURED | 147.24 | * | 16.18 | |
| 0011 | DISCOVER FIN SVCS LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | FORD MOTOR CREDIT CORPORATION | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 15-13558**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|:---:|---:|---|
| 0013 | FUSTER LAW | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | GECRB/ OLD NAVY | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | GECRB/BANANA REPUBLIC | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | REAL TIME SOLUTIONS INC. | UNSECURED | 95,995.45 | * | 11,989.27 | |
| 0017 | PORTFOLIO RECOVERY | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | SYNCB/GAP | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,026.69 | * | 128.23 | |
| 0022 | OAK HARBOR CAPITAL III LLC | UNSECURED | 361.44 | * | 45.14 | |
| 0023 | TD BANK USA/TARGETCRED | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | THE LIMITED/WFNNB | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,844.70 | * | 230.40 | |
| 0027 | DISCOVER FIN SVCS LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | GECRB/ OLD NAVY | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | PORTFOLIO RECOVERY | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 946.83 | * | 118.25 | |
| 0031 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 870.44 | * | 108.71 | |
| 0032 | PORTFOLIO RECOVERY | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | CANDICA LLC | UNSECURED | 932.08 | * | 116.42 | |
| 0034 | MERINO LAW PC | UNSECURED | 0.00 | * | 0.00 | |

**Total Paid:  $31,093.38**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 10, 2018.

Receipts: $31,354.26     -     Paid to Claims: $25,833.94     -     Admin Costs Paid: $5,259.44     =     Funds on Hand: $260.88

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.